

August 26, 2025

**Via ECF**

Hon. Margo K. Brodie
Chief Judge of the Eastern District of New York
225 Cadman Plaza East
Courtroom 6F
Brooklyn, NY 11201

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, New York 10019-6022
United States of America

Direct line +1 212 318 3340
mayling.blanco@nortonrosefulbright.com

Tel +1 212 318 3000
Fax +1 212 318 3400

Re: *Anisimova v. Village Practice Management Company, LLC d/b/a CityMD*, Case No. 1:24-cv-7615-MKB: Update Regarding Motion to Transfer Litigation from the DNJ to this Court

Dear Judge Brodie:

We are counsel to Defendant Village Practice Management Company, LLC in the above-referenced case. Together with counsel for Plaintiff, the parties write to provide a monthly status report pursuant to this Court's order of March 25, 2025 granting the parties' joint motion to stay. *See* Order of the Court issued March 25, 2025 (the "March 25 Order").

As you are aware, *In re CityMD Privacy Litigation*, 2:24-cv-06972 (D.N.J.), is a consolidated class action involving overlapping facts and allegations to the instant matter. *See* Dkt. 19. On February 18, 2025, Defendant moved to transfer that case from the District of New Jersey to this Court. Subsequently, the parties to this case jointly requested a stay of proceedings. *See* Dkt. 22. The Court granted the motion and directed the parties to provide monthly status updates regarding the motion to transfer. March 25 Order.

As noted in our prior Status Reports, briefing on the motion to transfer was completed on April 4, 2025. *See* Dkt. 23 (April Status Report); Dkt. 24 (May Status Report); Dkt. 25 (June Status Report); Dkt. 26 (July Status Report). To date, the District of New Jersey has not issued a ruling on the motion to transfer, nor has there been any other notification from the court on the motion.

Respectfully submitted,

*/s/ Mayling C. Blanco*

Mayling C. Blanco

MCB

CC: All counsel of record via ECF.

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.